UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ROBERT LEE HAUGEN,

        Plaintiff,

        v.

MEDICAL STAFF at Alameda County Sheriff's Department; ALAMEDA COUNTY; and SANTA RITA MEDICAL STAFF,

        Defendants.
                                            /

No. C 10-5946 PJH (PR)

**ORDER EXTENDING TIME**

This pro se civil rights action was filed on December 28, 2010. On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had omitted page five of the form, the "Certificate of Funds in Inmate Account."

On January 10, 2011, plaintiff filed a new IFP application. The certificate of funds, although present, is not completed and signed. And the printout of transactions in his account lacks the record of transactions over the six months prior to filing required by the statute. *See* 28 U.S.C. § 1915(a)(2). The application therefore is insufficient to allow the court to determine whether plaintiff should be allowed to proceed IFP.

Within thirty days of the date this order is entered (the date the clerk has stamped on the first page), plaintiff shall remedy the deficiencies identified above or pay the $350 filing fee. If he does not, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: February 4, 2011.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

P:\PRO-SE\PJH\CR.10\HAUGEN5946.IFP-EXT.wpd