UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ROBERT LEE HAUGEN,

        Plaintiff,

    v.

MEDICAL STAFF at Alameda County Sheriff's Department; ALAMEDA COUNTY; and SANTA RITA MEDICAL STAFF,

        Defendants.
                                           /

No. C 10-5946 PJH (PR)

**ORDER OF DISMISSAL**

        This is a civil rights action filed pro se by a former prisoner at the Alameda County Jail. On the day the complaint was filed the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had omitted the "Certificate of Funds in Inmate Account," and gave him thirty days to cure the deficiency.

        Plaintiff then filed a new IFP application, but the certificate of funds, although present, was not completed or signed. And the printout of transactions in his account that was attached did not cover the six-month period prior to filing the complaint, as required by statute. *See* 28 U.S.C. § 1915(a)(2). The court concluded that the application was still deficient and extended the time to file a proper and complete application.

        The time allowed for plaintiff to remedy the deficiency has long since expired, and he has not responded. This case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

        **IT IS SO ORDERED.**

Dated: November 14, 2011.

                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge

P:\PRO-SE\PJH\CR.10\HAUGEN5946.IFP-DSM.wpd